UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CRUZ MARIA PEREZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-00609 |
| § | |
| FORT BEND INDEPENDENT SCHOOL § | |
| DISTRICT, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are United States Magistrate Judge Christina Bryan's Memorandum and Order filed on January 20, 2026 (Doc. #47); Plaintiff's Objections (Doc. #48); and Defendant Fort Bend Independent School District's ("FBISD") Response (Doc. #49). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Accordingly, FBISD's Motion for Partial Dismissal (Doc. #12) is hereby GRANTED. Plaintiff's § 1983 claim, as well as her claims for punitive and emotional distress damages, against FBISD are DISMISSED WITH PREJUDICE.

It is so ORDERED.

FEB 2 3 2026
Date

The Honorable Alfred H. Bennett
United States District Judge